```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 46070
   DOUGLAS L KNOPF
   PATRICIA A KNOPF                         CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-6776    SSN XXX-XX-5778
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 12/15/04 and confirmed on 02/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  28761.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 8923.70 | .00 | 8923.70 |
| CITIBANK NA | SECURED | .00 | .00 | .00 |
| CITIBANK NA | MORTGAGE ARRE | 432.50 | .00 | 432.50 |
| BECKET & LEE LLP | UNSECURED | 4732.60 | .00 | 1327.12 |
| BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 653.88 | .00 | 183.36 |
| DISCOVER BANK | UNSECURED | 9781.05 | .00 | 2742.82 |
| EXXON MOBIL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| TRI COUNTY ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8586.36 | .00 | 2407.80 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 801.81 | .00 | 224.84 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10886.43 | .00 | 3052.79 |
| ROUNDUP FUNDING LLC | UNSECURED | 10459.17 | .00 | 2932.98 |
| MX ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| RESURCENT CAPITAL SERVIC | UNSECURED | 419.44 | .00 | 117.62 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | FILED LATE | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 12010.31 | .00 | 3367.95 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED        9356.20           .00      58331.05           .00      67687.25
PRINCIPAL PAID            9356.20           .00      16357.28           .00      25713.48
INTEREST PAID                 .00           .00           .00           .00           .00
TOTAL PAID                9356.20           .00      16357.28           .00      25713.48
```
The Debtor's attorney, KATHLEEN VAUGHT                    , was allowed $   2700.00
and was paid $    780.00   direct and $   1920.00   through the plan.

The Trustee received $   1127.52 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 04/11/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                                    PAGE   2
           CASE NO. 04 B 46070 DOUGLAS L KNOPF & PATRICIA A KNOPF